NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW VISION GAMING & DEVELOPMENT, INC.,**
*Appellant*

**v.**

**LNW GAMING, INC., FKA SG GAMING, INC., FKA BALLY GAMING, INC.,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1400

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2018-00006.

---

**JUDGMENT**

---

MATTHEW JAMES DOWD, Dowd Scheffel PLLC, Washington, DC, argued for appellant. Also represented by ROBERT JAMES SCHEFFEL; DAVID E. BOUNDY, Potomac Law Group PLLC, Newton, MA.

GENE WHAN LEE, Perkins Coie LLP, New York, NY, argued for appellee. Also represented by NATHAN K. KELLEY, Washington, DC.

JOSHUA MARC SALZMAN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, BRADLEY HINSHELWOOD, DANA KAERSVAN, MELISSA N. PATTERSON; KAKOLI CAPRIHAN, SARAH E. CRAVEN, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

ROBERT GREENSPOON, Dunlap Bennett & Ludwig PLLC, Chicago, IL, for amicus curiae US Inventor, Inc.

RON D. KATZNELSON, Encinitas, CA, as amicus curiae, pro se.

LISA KOBIALKA, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, for amicus curiae Centripetal Networks, Inc. Also represented by PAUL J. ANDRE, JAMES R. HANNAH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 16, 2024
Date

Jarrett B. Perlow
Clerk of Court